## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-mj-02068-DUTY |
| JOSEPH TOEWS | |
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>DEFENDANT</u>, IT IS ORDERED that a detention hearing is set for <u>APRIL 16</u>, <u>2026</u>, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>ROZELLA A. OLIVER</u>, in Courtroom <u>790</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: <u>4/14/2026</u>          R₂ ℒℓ _____
                                   U.S. Magistrate Judge