**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:26-mj-02068-DUTY |
| JOSEPH TOEWS | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _the Court_____, IT IS ORDERED that a detention hearing is set for _April 21_____, _2026_____, at _11:30_____ ☒a.m. / ☐p.m. before the Honorable _____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _4-16-2026_____         _Rozella a. Ol~_____
                                   U.S. ~~District Judge~~/Magistrate Judge